**2017–0952. State v. Robinson.**
Summit App. No. 28278, 2016-Ohio-4168. On appellant's motion for stay. Motion denied. On appellant's

motion for release on recognizance bond. Motion denied as moot.

O'CONNOR, C.J., not participating.